```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06995
   DEBRA SUSAN HANNEMANN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4876
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/01/05 and confirmed on 05/13/05.

    2.  The case was dismissed after confirmation, 09/05/2008.

    3.  The Debtor paid a total of $  33871.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 36184.50 | .00 | 31310.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7299.28 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6291.48 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3871.61 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 416.21 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7480.33 | .00 | .00 |
| B LINE LLC | UNSECURED | 2109.21 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7808.85 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6231.21 | .00 | .00 |

          Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 36184.50 | .00 | 41508.18 | .00 | 77692.68 |
| PRINCIPAL PAID | 31310.51 | .00 | .00 | .00 | 31310.51 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 31310.51 | .00 | .00 | .00 | 31310.51 |

The Debtor's attorney, SUSAN C CASTAGNOLI              , was allowed $   2700.00
and was paid $  1506.00  direct and $   1194.00  through the plan.

The Trustee received $   1366.49 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/12/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```